

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Richmond
_____

Write the full name of each plaintiff.

-against-

Doc Doctors / NYPD
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**17 CV 2343**

(Include case number if one has been assigned)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: #2 #4 #7 #8 Amendment

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

David _____ Ricchuand
First Name      Middle Initial      Last Name

David Richmond
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention Complex
Current Place of Detention

125 White Street
Institutional Address

New York        N y        10013
County, City    State      Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: Waiting on another state to pick me up if not i'm going home on the 24 of Jan.

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: [illegible] / MDC
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 2: NYCP                              0771 / 17390
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 3:
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:
First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 145 Police Station

Date(s) of occurrence: 1-15-2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was not taking to a hospital when I told them then I had back problems in there was medication that I take. I was forced to do things still have not seen the doctor this is from a different indicated. I had to bend down lay on the bench force up in down the stairs with NYPD. I take a pump a lot of my constitutional rights was broken so was my amendents. It's not right at all. I'm still in pain nothing is being done about it still

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I can't lay down for long with out yelling in pain. Still till this day have not taking my medication or to the hospital.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I am looking for 400,000 i'm in pain

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 1-19-2017

Plaintiff's Signature: [signature]

First Name: David

Middle Initial:

Last Name: Richmond

Prison Address: 671 W 162 St Apt 41

County, City: New York    State: NY    Zip Code: 10032

Date on which I am delivering this complaint to prison authorities for mailing: 1-19-2017

Page 6

David Richmond SBI# 691562C
CRAF
P.O Box 7450
Trenton, NJ 08628

neopost
03/30/2017
US POSTAGE $00.70
FIRST-CLASS MAIL
ZIP 08628
041L11240606

Pro se intake unit
300 Quarropas Street
White Plains, NY 10601





RECEIVED MAR 30 2017